

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF



CV 09 80192 MISC

Robert Toshiro Kawamoto - #78820

_____/

**ORDER TO SHOW CAUSE**

It appearing that Robert Toshiro Kawamoto has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert Toshiro Kawamoto
Attorney at Law
234 Van Ness Ave.
San Francisco, CA 94102