**FILED**

NOV 0 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Robert Toshiro Kawamoto,

    State Bar No 78820

No CV-09-80192 MISC VRW

ORDER

    On September 1, 2009, the court issued an order to show cause (OSC) why Robert Toshiro Kawamoto should not be removed from the roll of attorneys authorized to practice law before this court Based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009. The OSC was mailed to Mr Kawamoto's address of record with the State Bar on September 1, 2009. Mr Kawamoto filed no response.

    The California State Bar web site indicates that Mr Kawamoto is now on active status as of September 11, 2009, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Robert Toshiro Kawamoto,

_____/

Case Number: C09-80192   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert T Kawamoto
234 Van Ness Avenue
San Francisco, CA 94102

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*